UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:19-cv-00344-JHE |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | ) |
| Defendants. | ) |

## DISMISSAL ORDER[1]

In accordance with the memorandum opinion entered contemporaneously herewith, Black Warrior Riverkeeper, Inc.'s motion for summary judgment, (doc. 51), is due to be **DENIED** and Defendants' motion for summary judgment, (doc. 53), is due to be **GRANTED**. This action is **DISMISSED WITH PREJUDICE**.

The parties shall bear their own respective costs.

DONE this 11th day of March, 2021.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment. (Doc. 16).